Brandye Foreman, #277110
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive Second Floor
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

**Attorneys for Caliber Home Loans, Inc.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Joshua David Clendenning,<br><br>Debtor. | Bankruptcy Case No. 15-53943<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>MEETING OF CREDITORS:<br>DATE: 2/1/2016<br>TIME: 10:30 A.M.<br>CTRM: San Jose, Room 130<br><br>CONFIRMATION HEARING:<br>DATE: 03/02/2016<br>TIME: 09:55 AM<br>CTRM: 3020 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:**

Caliber Home Loans, Inc. ("Caliber") is the holder of a secured claim recorded against property in which the Debtor claims an interest. Caliber is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

Caliber Home Loans, Inc. is the holder of a claim secured only by a security interest in real property commonly known as 1033 Prospect Hts, Santa Cruz, CA 95065, which is the Debtor's principal residence. The total amount due and owing under the Promissory Note is approximately $690,654.68 and the pre-petition arrearage amount owed is approximately $77,706.36. Section

1322(b)(2) of the U.S. Bankruptcy Code provides, in relevant part, as follows:

> (b) Subject to subsections (a) and (c) of this section, the plan may--
>
> . . .
>
> (2) modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the Debtor's principal residence
>
> . . .
>
> (5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; . . .

The Debtor's Plan understates the pre-petition arrearage owed to Caliber. The Plan provides for repayment of only $74,437.15 to Caliber, but the pre-petition arrears due and owing to Caliber total approximately $77,706.36. Therefore, the plan fails to comply with §1322(b)(2).

Based on the foregoing, Caliber respectfully requests that the Court deny confirmation on the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for full payment of Caliber's pre-petition arrearages.

DATED: January 25, 2016

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Brandye Foreman*
Brandye Foreman,
Attorneys for Caliber Home Loans, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA
                          ss.
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

      On January 26, 2016, I served the following document described as OBJECTION TO CONFIMATION OF CHAPTER 13 PLAN on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (and via telecopy or overnight mail where indicated), addressed as follows:

**DEBTOR**
Joshua David Clendenning
1033 Prospect Heights
Santa Cruz, CA 95065

**DEBTOR'S ATTORNEY**
DEBTOR'S ATTORNEY
Balam O. Latona
1509 Seabright Ave. #C1
Santa Cruz, CA 95062

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

      I declare under penalty of perjury that the foregoing is true and correct.
      Executed on January 26, 2016 at Irvine, California.

                                                    /s/ Sharon Sirois
                                                      Sharon Sirois