1 | CHRISTINA O, #266845
MALCOLM ♦ CISNEROS,

2 | A Law Corporation
2112 Business Center Drive,

3 | Second Floor

The following constitutes
the order of the court. Signed June 12, 2017

4 | Irvine, California 92612
(949) 252-9400 (TELEPHONE)

5 | (949) 252-1032 (FACSIMILE)
Email: christinao@mclaw.org

*M. Elaine Hammond*

6 |

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

7 | Attorneys for Movant

8 |

9 |

10 | 

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11 |

12 | In re

Bankruptcy Case No. 15-53943

13 | Joshua David Clendenning,

RS No. CJO-630

14 |

15 | Debtor,

Chapter 13

16 | Caliber Home Loans, Inc., and its successors
and/or assignees,

17 | Movant,

**ORDER TERMINATING AUTOMATIC STAY UPON BREACH OF ADEQUATE PROTECTION ORDER**

18 | vs.

19 | 

HEARING DATE:
DATE: 08/19/2016

20 | Joshua David Clendenning, Debtor, Kate
Clendenning, Co-Debtor and Devin Derham-

TIME: 10:00 AM
CTRM: 3020

21 | Burk, Trustee,

22 | Respondents,

23 |

24 |

25 | On or about August 17, 2016, the above-entitled Court entered an Order Approving

26 | Stipulation for Adequate Protection ("Order"). Pursuant to the terms of the Order, the Debtor was

27 | to tender regular monthly mortgage payments to Caliber Home Loans, Inc., ("Movant")

28 | commencing September 1, 2016.

The Debtor is delinquent in payments in the total amount of $19,967.13 through June 1, 2017. Under the terms of the Order, Movant is entitled to entry of an Order Terminating the Automatic Stay in the event the Debtor does not cure the default after 10-day written notice to Debtor and Debtor's attorney of said default and opportunity to cure. The Debtor has failed to cure the default.

The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at **1033 PROSPECT HEIGHTS, SANTA CRUZ, CA 95065** the automatic stay is terminated as to the Debtor and the Bankruptcy Estate. The co-debtor stay is hereby terminated pursuant to § 1301 of the Bankruptcy Code.

** END OF ORDER **

1                       COURT SERVICE LIST